IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>VALENTE HERNANDEZ MENDEZ,  )<br>)<br>Defendant.    ) | CRIM. ACT. NO. 23 - 05-UNA |

### ORDER

Having considered the government's Unopposed Motion to Schedule a Rule 11 Hearing and to Exclude Time Under the Speedy Trial Act, **IT IS HEREBY ORDERED** that a combined change of plea and sentencing hearing is scheduled for __March 14__, 2023 at __2:00__ a.m./**p.m.** on the __6th__ floor in Courtroom __6A__ of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that:

1. Any objections to the presentence report must be communicated in writing to the Probation Office and opposing counsel no later than 14 days from receipt of the presentence report.

2. Counsel shall notify the Court promptly if an evidentiary hearing on disputed sentencing issues is required.

3. The time from January 12, 2023 until __March 14, 2023__ is excluded under the Speedy Trial Act, for the Court's consideration of the proposed plea

agreement and because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(A).

/s/ Richard G. Andrews<br>
United States District Court Judge

Dated:  January 18, 2023